**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WILFREDO and ODALID BOSQUE, VERA VICENTE MEEK, JENNIFER WILLIAMS, JENNIFER RYAN and GARY VOLTAIRE, and PAUL MONTERO, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendant. | C.A. NO. 10-10311 |

## DEFENDANT'S ASSENTED-TO MOTION FOR IMPOUNDMENT

Pursuant to Local Rule 7.2, defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through undersigned counsel, respectfully moves for an Order impounding the Declaration of Erin A. Hirzel Roesch ("Wells Fargo Declaration") to be filed on Friday, November 5, 2010.  In support of this motion, Wells Fargo states that the Wells Fargo Declaration contains information regarding borrower loan histories and financial status, and may contain personal data identifiers including financial account numbers such that Plaintiffs have requested impoundment.  Wells Fargo further requests that the Order impounding these materials be lifted upon further order of the Court, and that the papers be kept in the clerk's non-public information file during any post-impoundment period, and that the impounded information be returned to counsel following the impoundment period.

WHEREFORE, Wells Fargo respectfully requests that this Court order impoundment of the above-identified documents.

Assented to,

WILFREDO and ODALID BOSQUE, VERA
VICENTE MEEK, JENNIFER WILLIAMS,
JENNIFER RYAN and GARY VOLTAIRE, and
PAUL MONTERO,

By their counsel,

*/s/ Gary Klein by permission*
Gary Klein (BBO No. 560769)
klein@roddykleinryan.com
Shennan Kavanagh (BBO No. 655174)
kavanagh@roddykleinryan.com
Kevin Costello (BBO No. 669100)
costello@roddykleinryan.com
**RODDY KLEIN & RYAN**
727 Atlantic Avenue
Boston, MA 02111-2810
Tel: (617) 357-5500
Fax: (617) 357-5030

Stuart Rossman (BBO No. 430640)
srossman@nclc.org
Charles Delbaum (BBO No. 543225)
cdelbaum@nclc.org
**NATIONAL CONSUMER LAW CENTER**
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel: (617) 542-9595
Fax: (617) 542-8010

Michael Raabe (BBO. No. 546107)
mraabe@nlsma.org
**NEIGHBORHOOD LEGAL SERVICES**
170 Common Street, Suite 300
Lawrence, MA 01840
Tel: (978) 686-6900
Fax: (978) 685-2933

Dated: November 4, 2010

Respectfully submitted,

WELLS FARGO BANK, N.A.

By its counsel,

*/s/ Irene C. Freidel*
Irene C. Freidel (BBO No. 559051)
irene.freidel@klgates.com
David D. Christensen (BBO No. 666401)
david.christensen@klgates.com
Kristin A. Davis (BBO No. 673491)
kristin.davis@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA  02111
617.951.9154 (phone)
617.261.3175 (fax)

## **Certificate of Service**

I, Irene C. Freidel, hereby certify that on November 4, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Gary Klein
Shennan Kavanagh
Kevin Costello
Stuart Rossman
Charles Delbaum
Michael Raabe

*/s/ Irene C. Freidel*
Irene C. Freidel