IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **WILFREDO and ODALID BOSQUE, VERA VICENTE MEEK, JENNIFER WILLIAMS, JENNIFER RYAN and GARY VOLTAIRE, and PAUL MONTERO, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br>vs.<br><br>**WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY**,<br><br>Defendant. | ))))))))))))))))) | C.A. NO. 10-10311-FDS |

# DECLARATION OF KEVIN COSTELLO
## FOR PURPOSES OF SUBMITTING SUPPLEMENTAL AUTHORITY
## IN OPPOSITION TO MOTION TO DISMISS

I, Kevin Costello, one of the counsel for Plaintiffs in this matter, provide this declaration for the purpose of submitting a recently released opinion that constitutes supplemental authority directly relevant to the Motion to Dismiss filed by Wells Fargo Bank, N.A. ("Wells Fargo") [Docket No. 15]. I hereby declare:

1. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts. I have personal knowledge of the matters stated below, and if called upon to do so could testify competently to them.

2. I represent Plaintiffs in the above-captioned matter.

3. Attached hereto as Exhibit 1 is a copy of the November 24, 2010 Order from the United States District Court for the District of Massachusetts in the matter of *Durmic v. JP Morgan Chase Bank, N.A.*, No. 1:10-cv-10380-RGS ("*Durmic*").

4. *Durmic* constitutes persuasive authority directly relevant to the pending motion to dismiss because it involves homeowners seeking to enforce Trial Period Plan ("TPP") Agreements made under HAMP by a mortgage servicer.

5. In *Durmic*, Judge Stearns holds that plaintiffs' complaint adequately pleads their TPP Agreements -- virtually identical to those before this Court -- to constitute binding contracts, supported by consideration. The *Durmic* decision expressly rejects many, if not all, of the grounds for dismissal advanced by Wells Fargo in the motion *sub judice*.

6. For those reasons, the *Durmic* Court denied the defendant's motion to dismiss.

7. For all of the reasons identified in Plaintiffs' briefing, as well as those reasons articulated by the Court in *Durmic*, this Court should deny Wells Fargo's motion to dismiss.

I make this declaration under the penalty of perjury.

Dated: December 3, 2010

                                              Respectfully Submitted,

                                              */s/ Kevin Costello*
                                              Kevin Costello

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on December 3, 2010.

                                              */s/ Kevin Costello*
                                              Kevin Costello