IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILFREDO and ODALID BOSQUE, VERA VICENTE MEEK, and JENNIFER WILLIAMS, on behalf of themselves and all others similarly situated<br><br>     Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>     Defendant. | C.A. NO. 10-10311-FDS<br><br>**LEAVE TO FILE GRANTED**<br>December 17, 2010 |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") respectfully submits the attached supplemental authority for the Court's consideration in connection with Wells Fargo's Motion to Dismiss, plaintiffs' Motion for Preliminary Injunction, and plaintiffs' Motion for Provisional Class Certification.

 (1) Shurtliff v. Wells Fargo Bank, N.A., No. 1:10-CV-165 TS, 2010 WL 4609307 (D. Utah Nov. 5, 2010) (attached hereto as Exhibit 1) (granting motion to dismiss);

 (2) Velasco v. Wells Fargo Home Mortgage, Inc., Case No. A-10-609465 (Nev. Dist. Ct. Nov. 15, 2010) (slip op. attached hereto as Exhibit 2) (granting motion to dismiss and denying class certification); and

 (3) Durmic v. J.P. Morgan Chase Bank, N.A., No. 10-10380, slip op. (D. Mass. Dec. 10, 2010) (slip op. attached hereto as Exhibit 3) (denying plaintiffs' motion for provisional class certification).

Dated:  December 18, 2010 Respectfully submitted,

/s/ Irene C. Freidel
Irene C. Freidel (BBO No. 559051)
irene.freidel@klgates.com
David D. Christensen (BBO No. 666401)
david.christensen@klgates.com
Kristin A. Davis (BBO No. 673491)
kristin.davis@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA  02111

Counsel for Wells Fargo Bank, N.A.

**Certificate of Service**

I, Irene C. Freidel, hereby certify that on December 18, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Gary Klein (BBO No. 560769)
Shennan Kavanagh (BBO No. 655174)
Kevin Costello (BBO No. 669100)
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Stuart Rossman (BBO No. 430640)
Charles Delbaum (BBO No. 543225)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110

Michael Raabe (BBO. No. 546107)
NEIGHBORHOOD LEGAL SERVICES
170 Common Street, Suite 300
Lawrence, MA 01840

/s/ Irene C. Freidel
Irene C. Freidel