IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILFREDO and ODALID BOSQUE, VERA VICENTE MEEK, and JENNIFER WILLIAMS, on behalf of themselves and all others similarly situated<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>    Defendant. | C.A. NO. 10-10311-FDS |

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") respectfully submits the attached supplemental authority for the Court's consideration in connection with Wells Fargo's Motion to Dismiss, plaintiffs' Motion for Preliminary Injunction, and plaintiffs' Motion for Provisional Class Certification.

(1)    Vida v. OneWest Bank, FSB, Civ. No. 10-987-AC, 2010 WL 5148473 (D. Or. Dec. 13, 2010), attached hereto as Exhibit A; and

(2)    Prasad v. BAC Home Loans Servicing LP, No. 2:10-CV-2343-FCD/KJN, 2010 WL 5090331 (E.D. Cal. Dec. 7, 2010), attached hereto as Exhibit B.

Dated:  January 5, 2011                                    Respectfully submitted,

                                                           */s/ David D. Christensen*
                                                           Irene C. Freidel (BBO No. 559051)
                                                           irene.freidel@klgates.com
                                                           David D. Christensen (BBO No. 666401)
                                                           david.christensen@klgates.com
                                                           Kristin A. Davis (BBO No. 673491)
                                                           kristin.davis@klgates.com
                                                           **K&L GATES LLP**
                                                           State Street Financial Center
                                                           One Lincoln Street
                                                           Boston, MA  02111

                                                           Counsel for Wells Fargo Bank, N.A.

**Certificate of Service**

     I, David D. Christensen, hereby certify that on January 5, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Gary Klein (BBO No. 560769)
    Shennan Kavanagh (BBO No. 655174)
    Kevin Costello (BBO No. 669100)
    RODDY KLEIN & RYAN
    727 Atlantic Avenue
    Boston, MA 02111-2810

    Stuart Rossman (BBO No. 430640)
    Charles Delbaum (BBO No. 543225)
    NATIONAL CONSUMER LAW CENTER
    7 Winthrop Square, 4th Floor
    Boston, MA 02110

    Michael Raabe (BBO. No. 546107)
    NEIGHBORHOOD LEGAL SERVICES
    170 Common Street, Suite 300
    Lawrence, MA 01840

                                                             */s/ David D. Christensen*
                                                             David D. Christensen