# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILFREDO and ODALID BOSQUE, VERA VICENTE MEEK, JENNIFER WILLIAMS, JENNIFER RYAN and GARY VOLTAIRE, and PAUL MONTERO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>        Defendant. | Civ. No. 10-10311-FDS |

## JOINT STIPULATION AND ORDER TO VOID AND SET ASIDE FORECLOSURE DEED AND FORECLOSURE SALE AND TO RECORD AMENDED AND RESTATED MORTGAGE

In order to carry out the terms of the parties' Confidential Settlement Agreement and Release in this matter ("Settlement Agreement"), plaintiffs Jennifer Ryan and Gary Voltaire (collectively the "Voltaires") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") (the Voltaires and Wells Fargo are, at times herein, collectively referred to as the "parties") hereby stipulate as follows:[1]

1. On July 20, 2010, a foreclosure sale occurred in connection with the Voltaires' property located at 77-79 Edward Street, Medford, Massachusetts (the "Property"). The Property is comprised solely of land registered under M.G.L. ch. 185. The Property was sold at a foreclosure auction by virtue and in execution of the Power of Sale contained in the Voltaire mortgage given by Jennifer M. Voltaire (a/k/a Jennifer Ryan Voltaire) and Gary Voltaire to

---

[1] The Settlement Agreement includes the other named plaintiffs in this action, but this Joint Stipulation only concerns the Voltaires and Wells Fargo.

Wells Fargo Bank, N.A., dated May 24, 2007. The holder of the Voltaire mortgage at the time of the foreclosure sale was HSBC Bank USA, National Association, as Trustee for WFHM 2007-M09 (the "WFHM Trust"). Wells Fargo Bank was, and is, the authorized servicing agent of HSBC as Trustee of the WFHM Trust.

2.   The Property was purchased by HSBC Bank USA, National Association, as Trustee for the WFHM Trust, at the foreclosure auction, which occurred at the mortgaged premises on July 20, 2010. The foreclosure sale is hereby voided and set aside.

3.   Two foreclosure deeds were executed in connection with the sale. The first was executed on July 27, 2010 (copy attached as Exhibit A hereto) and the second was executed on February 8, 2011 (copy attached as Exhibit B hereto). Neither deed was filed for registration and Wells Fargo agrees, in its capacity as agent for HSBC as Trustee for the WFHM Trust, that neither deed will be filed for registration. Both foreclosure deeds are hereby voided and set aside.

4.   Upon the entry of this Stipulation and Order by the Court, Wells Fargo, in its capacity as agent for HSBC as Trustee for the WFHM Trust, will destroy the originals and it will make its best efforts to ensure that any copies of the two foreclosure deeds identified in paragraph 3 above are also destroyed.

5.   The Voltaires hereby reaffirm and restate the terms and conditions of the original Mortgage that they executed on or about May 24, 2007, except as to the principal loan amount, which shall be $345,646.46, and as to the adjustable rate loan terms set forth in the original Adjustable Rate/Balloon Rider. The Voltaires shall execute a separate First Amended Mortgage ("Amended Mortgage").

6.   The parties shall file or cause to be filed for registration executed copies of the

Amended Mortgage with the Middlesex County Southern Registry District of the Land Court.

7. The parties acknowledge that this Stipulation and Order is entered into for the purpose carrying out the terms of the parties' Settlement Agreement. Nothing contained in this Stipulation and Order shall be deemed an admission of liability, or any violation of any applicable law, rule, statute, regulation, order, understanding, agreement, or contract of any kind. Neither this Stipulation and Order, nor any of its terms, nor any of the negotiations or proceedings connected with it, shall be offered as evidence or received in evidence in any pending or future action or proceeding of any type whatsoever to establish any liability or admission by any one of the parties, except in a proceeding to enforce the provisions of this Stipulation and Order.

Respectfully submitted,

JENNIFER RYAN AND GARY VOLTAIRE,

By their attorneys,

Gary Klein (BBO No. 560769)
klein@kkcllp.com
Shennan Kavanagh (BBO No. 655174)
kavanagh@kkcllp.com
Kevin Costello (BBO No. 669100)
costello@kkcllp.com
**KLEIN KAVANAUGH COSTELLO LLP**
85 Merrimac Street, 4th Floor
Boston, MA 02114
Tel: (617) 357-5500
Fax: (617) 357-5030

Stuart Rossman (BBO No. 430640)
srossman@nclc.org
Charles Delbaum (BBO No. 543225)
cdelbaum@nclc.org
**NATIONAL CONSUMER LAW CENTER**
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel: (617) 542-9595
Fax: (617) 542-8010

Michael Raabe (BBO. No. 546107)
mraabe@nlsma.org
**NEIGHBORHOOD LEGAL SERVICES**
170 Common Street, Suite 300
Lawrence, MA 01840
Tel: (978) 686-6900
Fax: (978) 685-2933

Respectfully submitted,

WELLS FARGO BANK, N.A.,

By its attorneys,

Irene C. Freidel (BBO No. 559051)
irene.freidel@klgates.com
David D. Christensen (BBO No. 666401)
david.christensen@klgates.com
Kristin A. Davis (BBO No. 673491)
kristin.davis@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 951-9154
Fax: (617) 261-3175

Dated: July 6, 2012

SO ORDERED this _____ day of _____, 2012

_____
UNITED STATES DISTRICT JUDGE

4

## CERTIFICATE OF SERVICE

I, David D. Christensen, hereby certify that on July 6, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

David D. Christensen