IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILFREDO and ODALID BOSQUE, VERA VICENTE MEEK, JENNIFER WILLIAMS, JENNIFER RYAN and GARY VOLTAIRE, and PAUL MONTERO, on behalf of themselves and all others similarly situated<br><br>                          Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>                          Defendant. | C.A. NO. 10-10311-FDS |

## [~~PROPOSED~~] ORDER OF DISMISSAL

       Before the Court is the parties' Joint Motion for Dismissal. The Court hereby grants the Joint Motion. Upon the expiration of 120 days from the date of this Order and absent further Order of this Court, the claims of Wilfredo and Odalid Bosque, Vera Vicente Meek, Jennifer Williams, Jennifer Ryan and Gary Voltaire, and Paul Montero against Wells Fargo are dismissed in their entirety with prejudice. Further, upon the expiration of 120 days from the date of this Order and absent further Order of this Court, the putative class claims against Wells Fargo are dismissed without prejudice. Each party shall bear its own costs and expenses, including attorneys' fees (except as otherwise agreed to by the parties).

DATE: 8/2/12                                                                /s/ Martin Castles
                                                                                      **BY THE COURT**